## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **HECTOR DANIEL SUASNAVA BARRERA,**<br><br>       **Petitioner,**<br><br>   **v.**<br><br>**DELANEY HALL DETENTION FACILITY WARDEN, et al.,**<br><br>       **Respondents.** | **Case No. 26–cv–04252–ESK**<br><br><br>**ORDER TO ANSWER** |

**THIS MATTER** having come before the Court on petitioner Hector Daniel Suasnava Barrera's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Amended Petition) (ECF No. 6), application to proceed *in forma pauperis* (Application) (ECF No. 13), and motion for a temporary restraining order (Motion) (ECF No. 10); and the Court having screened the Amended Petition for dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to 28 U.S.C. § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, and having determined that dismissal without an answer and production of the record is not warranted; and for good cause appearing,

**IT IS** on this   **14th** day of **May 2026**   **ORDERED** that:

1.    The Clerk shall **REOPEN** the proceedings.

2.    The Application at ECF No. 13 is **GRANTED**.

3.    The Clerk shall forward a copy of the Amended Petition, Motion, and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address:  USANJ-HabeasCases@usdoj.gov.

4.    Respondents shall file a full and complete answer to all claims asserted in the Amended Petition within **5 days** of the entry of this Order.

5.    Respondents shall file and serve with the answer certified copies of all documents necessary to resolve petitioner's claims and affirmative defenses. Respondents may redact personal or sensitive information belonging to

petitioner or parties who are not before the Court, but they *may not* redact names and signatures of immigration or other public officials.

6.    Petitioner may file a reply to the answer within **5 days** of receipt of the answer.

7.    Any request to deviate from this Order to Answer shall be made by motion.

8.    Respondents are **prohibited** from moving petitioner outside of the District of New Jersey pending further order of the Court.

9.    The Clerk shall mail petitioner a copy of this order by regular mail.


　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*　　　　　
　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**